FILED'08 NOV 25 15:14USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON ex rel. HARDY MEYERS, Attorney General for the State of Oregon,<br><br>         Plaintiff,<br><br>v.<br><br>Simple. Net, Inc. f/k/a/ Dial Up Services, Inc. d/b/a Simple.Net, an Arizona Corporation,<br><br>         Defendant. | Civil No. 08-6231-TC<br><br>O R D E R |

  Magistrate Judge Coffin filed his Findings and Recommendation on November 4, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

  THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

  Dated this 25 day of November, 2008.

                   /s/ Ann Aiken
                  Ann Aiken, United States District Judge

Order -- Page 1