FILED '09 FEB 11 14:30 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

STATE OF OREGON, ex rel. HARDY
MEYERS, Attorney General for the State of
Oregon,

                                    Plaintiff,

        v.

SIMPLE.NET, INC. f/k/a Dial Up Services, Inc.
d/b/a Simple.Net, an Arizona Corporation,

                                    Defendant.

Civil  No. 08-6231-TC

O R D E R

        Magistrate Judge Coffin filed his Findings and Recommendation on January 22,

2009.  The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

No objections have been timely filed.  This relieves me of my obligation to give the factual

findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

        THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and

Recommendation.

        Dated this _10_ day of February, 2009.

                        _____
                        Ann Aiken, United States District Judge

Order -- Page 1